**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Frank Cantave | Social Security number or ITIN  xxx–xx–0314 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 12–18563–MBK | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank Cantave

1/9/18                                                              **By the court:** Michael B. Kaplan
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 12-18563-MBK
Frank Cantave                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin            Page 1 of 2          Date Rcvd: Jan 09, 2018
                              Form ID: 3180W         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db            +Frank Cantave,    52 Crest Drive,    Englishtown, NJ 07726-8257
cr            +BANK OF AMERICA, N.A.,    Koury, Tighe, Lapres, Bisulca & Sommers,    1423 Tilton Road,   Suite 9,
               Northfield, NJ 08225-1857
cr            +Wells Fargo Bank NA dba Americas Servicing Company,    Phelan Hallinan & Schmieg PC,
               400 Fellowship Road,    Suite 100,   Mt Laurel, NJ 08054-3437
cr            +Wilmington Savings Fund Society, FSB, doing busine,     Knuckles, Komosinski & Elliott, LLP,
               50 Tice Boulevard, Suite 183,    Woodcliff Lake, NJ 07677-7681
512918600      America's Servicing Company,    PO Box 9039,    temecula, CA 92589-9039
512918601     +American Express,    Attn: Zwicker & Associates,    1101 Laurel Oak Road, Suite 130,
               Voorhees, NJ 08043-4322
513026142     +BMW Bank of North America,    PO Box 23356,    Pittsburgh, PA 15222-6356
512918603      BMW Card Services,    PO Box 31046,    Tampa, FL 33631-3046
513148342     +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,
               20750 Ventura Boulevard, Suite 100,    Woodland Hills, California 91364-6207
512918606     +Chase,   Attn: MRS Associates,    1930 Onley Avenue,    Cherry Hill, NJ 08003-2016
512918610      FIA Card Services,    Attn:Forster, Garbus & Garbus,    7 Banta Place,
               Hackensack, NJ 07601-5604
512918612     +Scotts LawnService,,   Customer Service,    P.O. Box 388,    Marysville, OH 43040-0388
512918614      Urology Associates,    Attn: Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
513184090     +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
               Mountainside, NJ 07092-2315
512918615      Wells Fargo Home Mortgage,    Attn: Zucker, Goldberg & Ackerman,     PO Box 1024,
               Mountainside, NJ 07092-0024
515988756     +Wilmington Savings Fund Society, FSB, doing,    Knuckles, Komosinski & Elliott, LLP,
               50 Tice Boulevard, Suite 183,    Woodcliff Lake, NJ 07677-7681

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2018 23:11:46      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2018 23:11:44      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
513061608      EDI: BECKLEE.COM Jan 09 2018 22:33:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
513270229     +EDI: WFFC.COM Jan 09 2018 22:33:00      Americas Servicing Company,
               ATTN:  BANKRUPTCY DEPARTMENT,    MAC #D3347-014,   3476 STATEVIEW BLVD.,
               FT. MILL, SC 29715-7203
512952171     +EDI: AISACG.COM Jan 09 2018 22:33:00      Ascension Capital Group, Inc.,
               Attn: BMW Financial Services Deotp.,    Account: XXXXXXXXXXX2670,    P.O. Box 201347,
               Arlington, TX 76006-1347
512952165     +EDI: AISACG.COM Jan 09 2018 22:33:00      Ascension Capital Group, Inc.,
               Attn: BMW Financial Services Dept.,    Account XXXXXXXXXX8823,    P.O. Box 201347,
               Arlington, TX 76006-1347
512918602      EDI: BANKAMER.COM Jan 09 2018 22:33:00      Bank of America, N.A.,    PO Box 26078,
               Greensboro, NC 27420
513031294      EDI: BANKAMER2.COM Jan 09 2018 22:33:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102
512918604      EDI: BMW.COM Jan 09 2018 22:33:00      BMW Financial Services,   5515 Park Center Circle,
               Dublin, OH
512988797      EDI: BMW.COM Jan 09 2018 22:33:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
               Dublin, OH 43016
516719088     +EDI: AISACG.COM Jan 09 2018 22:33:00      BMW Financial Services NA, LLC,
               c/o Ascension Capital Group,    P.O. Box 165028,   Irving, TX 75016-5028
515126670     +EDI: BMW.COM Jan 09 2018 22:33:00      BMW Financial Services NA, LLC,    5550 Britton Parkway,
               Hilliard, OH 43026-7456
513160466     +EDI: BANKAMER.COM Jan 09 2018 22:33:00      Bank of America, N.A.,    Bk. Dept.,,
               P.O. Box 26012, NC4-105-02-99,    Greensboro, NC 27420-6012
512918605      E-mail/Text: bcwrtoff@cablevision.com Jan 09 2018 23:12:50      Cablevision,
               200 Jericho Quadrangle,    Jericho, NY 11753-2701
512918607      EDI: CHASE.COM Jan 09 2018 22:33:00      Chase,   PO Box 15153,    Wilmington DE 19886-5153
513264649      EDI: BL-BECKET.COM Jan 09 2018 22:33:00      Main Street Acquisition Corp assignee of CHASE,
               BANK USA N A,   c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
512918611      EDI: CAPIO.COM Jan 09 2018 22:33:00      Medical Payment Data,
               Attn: The Law Offices of Mitchell N Kay,    2222 Texoma Pkwy Ste 160,    Sherman, TX 75090-2482
513639249      EDI: PRA.COM Jan 09 2018 22:33:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541
514752543      EDI: PRA.COM Jan 09 2018 22:33:00      Portfolio Recovery Associates, LLC,   c/o Bank Of America,
               POB 41067,   Norfolk VA 23541
512979101      EDI: Q3G.COM Jan 09 2018 22:33:00      Quantum3 Group LLC as agent for,    Capio Partners LLC,
               PO Box 788,   Kirkland, WA 98083-0788
512918613      EDI: TDBANKNORTH.COM Jan 09 2018 22:33:00      TD Bank,   PO Box 9547,    Portland, ME 04112-9547
512918616     +EDI: WFFC.COM Jan 09 2018 22:33:00      Wells Fargo Home Mortgage,    PO Box 10335,
               Des Moines, IA 50306-0335
                                                                                              TOTAL: 22
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jan 09, 2018
                              Form ID: 3180W           Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wells Fargo Bank, N.A.
cr*             +BANK OF AMERICA, N.A.,    KOURY, TIGHE, LAPRES, BISULCA & SOMMERS,    1423 TILTON ROAD,   SUITE 9,
                  NORTHFIELD, NJ 08225-1857
515126671*      +BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
512918608*       Chase,    PO Box 15153,    Wilmington DE 19886-5153
512918609*       Chase,    PO Box 15153,    Wilmington DE 19886-5153
                                                                                              TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                        Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor   Wells Fargo Bank NA dba Americas Servicing Company
               nj.bkecf@fedphe.com
              Ashley L. Baelz    on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT
               cmecf@sternlav.com
              Ashley L. Baelz    on behalf of Creditor   WELLS FARGO BANK, N.A. cmecf@sternlav.com
              James J. Cerbone    on behalf of Debtor Frank  Cantave cerbonelawfirm@aol.com
              Karen B. Olson    on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT
               kbo@kkmllp.com,    nmm@kkmllp.com
              Peter P. Bisulca    on behalf of Creditor   BANK OF AMERICA, N.A. ktlbslaw@aol.com
              Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor   BANK OF AMERICA, N.A. sobrien@flwlaw.com
                                                                                              TOTAL: 11
```