| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Frank Cantave | |

Case Number:      12-18563

Chapter:      13

Judge:      Kaplan

# NOTICE OF RECEIPT OF RESPONSE TO
# NOTICE OF FINAL CURE PAYMENT

TO:   Frank Cantave
       Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post-petition amounts.

DATE: 2/21/2018             JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*